In re Elaine ROBINSON a/k/a Elaine Dublin, Debtor.

Bankruptcy No. 86–01798G.

United States Bankruptcy Court, E.D. Pennsylvania.

Dec. 8, 1986.

Lynne B. Allen, Drinker Biddle & Reath, Philadelphia, Pa., for Philadelphia Savings Fund Society (now named Meritor Savings Bank.)

Susan L. DeJarnatt, Community Legal Services, Inc., Philadelphia, Pa., for debtor.

James J. O'Connell, Philadelphia, Pa., Standing Chapter 13 trustee.

## OPINION AND ORDER

EMIL F. GOLDHABER, Chief Judge:

The issue before us arises out of the claim of The Philadelphia Savings Fund Society (now named Meritor Savings Bank) for post-petition interest on its secured claim at the contract rate to the extent of its security.

This question having been before us on four prior occasions (*In re Robert A. Evans*, 20 B.R. 175; *In re Einspahr*, 30 B.R. 356; *In re McCall*, 57 B.R. 642; *In re Nesmith*, 57 B.R. 348) we see no reason for repeating the rationale we have set forth in those cases.

An appropriate order follows.

## ORDER

AND NOW, to wit, this 8th day of December, 1986, it is hereby

ORDERED that Philadelphia Savings Fund Society (now named Meritor Savings Bank) is entitled to receive post-petition interest on its secured claim, at the rate of 11% as set forth in its mortgage note; and it is further

ORDERED that the debtor's objections to Philadelphia Savings Fund Society's claim are hereby DISMISSED.